UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SMITH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TAMMY FOSS, Warden,<br><br>　　　　Respondent. | No. 2:21-cv-01620 GGH P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed a request to proceed in forma pauperis or paid the filing fee.

    In his application, petitioner challenges a conviction issued by the Stanislaus County Superior Court. ECF No. 1. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  The court has not ruled on petitioner's motion to stay (ECF No. 3);

////

1      2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3      3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: September 20, 2021

                    /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE