UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SMITH,<br><br>  Petitioner,<br><br>  v.<br><br>TAMMY FOSS, Warden,<br><br>  Respondent. | Case No.: 1:21-cv-01395-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL<br><br>[THIRTY-DAY DEADLINE] |

Petitioner filed a petition for writ of habeas corpus (Doc. 1) and a motion to stay and abbey the action (Doc. 3). Accordingly, the Court ORDERS:

1) The Clerk of Court is DIRECTED to serve a copy of the petition for writ of habeas corpus (Doc. 1) and the motion (Doc. 3) to stay and abey on the Attorney General.

2) Respondent is GRANTED thirty days to file an opposition or statement of non-opposition to the motion. If Respondent opposes the motion, Petitioner is GRANTED thirty days to file a reply.

IT IS SO ORDERED.

  Dated:   **September 21, 2021**          _ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28