UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>TAMMY FOSS,<br><br>    Respondent. | No. 1:21-cv-01395-DAD-AC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING REPONDENT'S MOTION TO DISMISS IN PART AND DISMISSING PETITIONER'S CLAIMS 3 AND 4<br><br>(Doc. Nos. 28, 33) |

Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2024 respondent moved to dismiss claims three, four and five of the pending petition as untimely filed. (Doc. No. 28.) On November 14, 2024, the magistrate judge issued findings and recommendations recommending dismissal of petitioner's claims three and four as untimely filed but that the motion to dismiss as to petitioner's claim five be denied. (Doc. No. 33.) Specifically, the magistrate judge concluded that petitioner's ineffective assistance of counsel claims raised as grounds three and four of the pending petition did not relate back to any of the timely-filed claims asserted in his original § 2254 petition but that his claim five did relate back and was not subject to dismissal. (*Id.* at 4–6.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 6.) To date, no objections to the findings and recommendations have been filed by either party, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 33) are adopted;
2. Respondent's motion to dismiss (Doc. No. 28) is granted with respect to claims three and four and denied with respect to claim five;
3. Claims three and four of the second amended § 2254 petition are dismissed with prejudice as untimely filed; and
4. This matter is referred back to the magistrate judge for further proceedings with respect to claims one, two, and five of the second amended § 2254 petition.

IT IS SO ORDERED.

Dated: **January 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2