UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SMITH, | No. 1:21-cv-1395 DAD AC P |
| Petitioner, | |
| v. | ORDER |
| TAMMY FOSS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without an attorney, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2025, respondent's motion to dismiss was granted on claims three and four but denied as to claim five. ECF No. 36 at 2. The case was referred back to the magistrate judge to proceed with claims one, two, and five. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer to claims one, two, and five of petitioner's second amended habeas petition (ECF No. 27) within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254; and

////

////

////

1

2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

DATED: February 12, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE